SEWARD CARY et al., Appellants, *v.* MARYLAND CASUALTY COMPANY, Respondent.

*Cary* v. *Maryland Casualty Co.*, 96 App. Div. 639, affirmed.
(Argued January 18, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Ansley Wilcox* and *Henry A. Bull* for appellants.

*Frank Gibbons* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, VANN, WERNER and WILLARD BARTLETT, JJ. Not voting: HAIGHT, J. Not sitting: HISCOCK, J.